**STATE of Louisiana**

v.

**Susan Dillard MCKEY**

**NO. 2016-KK-1195**

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of St. John, 40th Judicial

District Court Div. B, No. 2015-CR-411; to the Court of Appeal, Fifth Circuit, No. 16-K-270.

Denied.